SIPAL REALTY CORPORATION, Respondent, v. GREENWICH SAVINGS BANK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RAILROAD FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant, v. 441 LEXINGTON AVENUE, INC., et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 270 App. Div. 753.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS APPLEBY, Appellant.— Judgment unanimously modified, in the exercise of discretion, by reducing the jail sentence to the time already served in the city prison, and as so modified affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEATRICE GONZALES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

REMY BEVERAGES, INC., Respondent, and PHILIP MYER et al., Appellants, v. ABRAHAM MYER et al., Respondents-Appellants.— Order affirmed, without costs, with leave to the defendants to answer within ten days after service of order with notice of entry. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.; Martin, P. J., dissents from that part of the order which denies defendants' motion to dismiss the first cause of action and votes to reverse and grant said motion and to affirm that part of the order which grants defendants' motion to dismiss the second and third causes of action.

MAX SMITH, Plaintiff, v. BOWERY SAVINGS BANK et al., Defendants. MAX SMITH, Appellant; ALICE S. PETLUCK et al., as Executors of BECKY POLLAK, Deceased, Respondents. In the Matter of the Estate of BECKY POLLAK, Deceased. MAX SMITH, Appellant; HEBREW HOME FOR THE AGED OF HARLEM, INC., et al., Respondents.— Judgment and decree unanimously affirmed, with one bill of costs to the respondents Alice S. Petluck and Samuel Cohen, as executors, etc. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ. [183 Misc. 671.]

MAX SMITH, Appellant, v. BOWERY SAVINGS BANK, Defendant, and ALICE S. PETLUCK et al., as Executors of BECKY POLLAK, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.

### (December 10, 1945.)

In the Matter of the Probate of the Will of JOSEPHINE LACHAT, Deceased.— Motion to dismiss appeal granted, with $10 costs. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [184 Misc. 486.]

### (December 14, 1945.)

In the Matter of ARTHUR M. FORREST, Respondent. ISIDOR TANKUS, Appellant.